**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jordan D. Johnson
Louisiana State Prison DOC No. 766441
17544 Tunica Trace
Angola LA 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 13, 2023

**REHEARING ACTION: December 13, 2023**

**Docket Number: 23   00189-KA consolidated with 190-KA**

**STATE OF LOUISIANA**
**VERSUS**
**JORDAN D. JOHNSON**

**Appealed from Catahoula Parish Case No. 18-4175, 18-4175A**

**BEFORE JUDGES:**

   **Hon. Candyce G. Perret**
   **Hon. Jonathan W. Perry**
   **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jordan D. Johnson** has this day been

   **DENIED.**

cc: Hon. Bradley R. Burget, Counsel for the Appellee
    Karla Shirley-McHand, Counsel for the Appellee
    Holli Ann Herrle-Castillo, Counsel for the Appellant
    Bruce Gerard Whittaker, Counsel for the Appellant